```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 03678
   MALCOLM E BANKS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-0194


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/18/2008 and was not confirmed.

     The case was dismissed without confirmation 06/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
BANK OF AMERICA          NOTICE ONLY   NOT FILED              .00             .00
JP MORGAN CHASE BANK     NOTICE ONLY   NOT FILED              .00             .00
BANK OF AMERICA          CURRENT MORTG       .00              .00             .00
BANK OF AMERICA          MORTGAGE ARRE   1268.00              .00             .00
OCWEN FEDERAL BANK       CURRENT MORTG       .00              .00             .00
OCWEN FEDERAL BANK       MORTGAGE ARRE  29379.00              .00             .00
WELLS FARGO BANK         UNSECURED       1705.01              .00             .00
UNITED CREDIT UNION      SECURED NOT I  13425.65              .00             .00
BANK OF AMERICA          UNSECURED      NOT FILED             .00             .00
BENNIE W FERNANDEZ       DEBTOR ATTY    1,373.00                              .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------         --------------
TOTALS                      .00                       .00




               PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 03678 MALCOLM E BANKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```